MAYBELLE A. JUDD, as Administratrix of the Estate of WILLIAM J. JUDD, Deceased, Respondent, *v.* THE LAKE SHORE AND MICHIGAN SOUTHERN RAILWAY COMPANY, Appellant.

*Judd* v. *Lake Shore & M. S. Ry. Co.*, 155 App. Div. 1, affirmed.
(Argued January 19, 1915; decided February 2, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 20, 1913, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial in an action to recover for the death of the plaintiff's intestate alleged to have been occasioned through the negligence of the defendant, his employer.

*Thomas D. Powell* for appellant.

*Frank A. Abbott* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, MILLER, CARDOZO and SEABURY, JJ.